FRED J. THOMPSON       *       NO. 2022-CA-0729

VERSUS       *       COURT OF APPEAL

HOUSING AUTHORITY OF       *       FOURTH CIRCUIT
NEW ORLEANS, ROBERT E.
ANDERSON, GREGG       *       STATE OF LOUISIANA
FORTNER, AND AB
INSURANCE COMPANY       *

      *

* * * * * * *

PAB

BROWN, J., CONCURS IN THE RESULT